Arlene M. Tokarz                96213
Arlene M. Tokarz
600 W. Santa Ana Bl.#814
Santa Ana, CA  92701
(714) 836-5022
**Attorney for the Petitioners**

# UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Ronald James Navarreta<br>Social Security No.: -  -1999 | Case No.:<br><br>Rule 104 - Central District of California |
| Celia Navarreta<br>Social Security No.: -  -2939 | Chapter:7 |
| Debtors | |

## INFORMATION REQUIRED BY LOCAL RULE 104

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.)

    **Date:** *1991*
    **Title:** *Ronald James Navarreta*
    **Case number:**
    **Court:** *Central District (Santa Ana)*
    **Judge/Status:**
    *Discharged Successfully*

    **Date:** *1991*
    **Title:** *Celia Navarreta*
    **Case number:**
    **Court:** *Central District (Santa Ana)*
    **Judge/Status:**
    *Discharged Successfully*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner of, or person in control of the debtor partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.)

    *None*

3. (If petitioner is a corporation.) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or against any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms, or corporations owing 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate.)

    *None*

4. (If petitioner is an individual) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has been filed by or against the debtor within the last 180 days. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate.)

    *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

In re: Navarreta, Ronald James                                                    Case No. (if known) _____

Navarreta, Celia
                    Debtors

**Executed at** ___SANTA ANA___, **California**

Dated: __6/14/04__                    _____
                                      Ronald James Navarreta


Dated: __6/14/04__                    _____
                                      Celia Navarreta