In re: *Navarreta, Ronald James* _____    Case No. (if known) _____

*Navarreta, Celia* _____
Debtors

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of debtor's interest in property | Amount of secured claim |

*None*

Total:    0.00