In re: Navarreta, Ronald James

Navarreta, Celia

Debtors

Case No. (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|
| Description and location of property | |

1. **Cash on hand.**

    cash on hand
    **Owner:** Joint
    **Location:** In debtor possession.

    Debtor interest:    50.00

2. **Checking, savings, or other financial accounts, certificates of deposits, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.**

    checking account
    **Owner:** Joint
    **Person holding:**   Banking Institution
    Washington Mutual
    Anaheim, CA

    Debtor interest:    50.00

3. **Security deposits with public utilities, telephone companies, landlords, and others.**

    None

4. **Household goods and furnishings, including audio, video, and computer equipment.**

    Household goods
    **Owner:** Joint
    **Location:** In debtor possession.

    Debtor interest:    200.00

5. **Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.**

    None

6. **Wearing apparel.**

    Wearing apparel
    **Owner:** Joint
    **Location:** In debtor possession.

    Debtor interest:    200.00

7. **Furs and jewelry.**

    None

8. **Firearms and sports, photographic, and other hobby equipment.**

    None

9. **Interests in insurance policies.**

    None

10. **Annuities.**

    None

In re: *Navarreta, Ronald James*

*Navarreta, Celia*

Debtors

Case No. (if known)

11. **Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.**

    *401K*
    **Owner:** *Wife*
    **Location:** *In debtor possession.*

    **Debtor interest:**    *4,000.00*

12. **Stock and interests in incorporated and unincorporated businesses.**

    *None*

13. **Interests in partnerships or joint ventures.**

    *None*

14. **Government and corporate bonds and other negotiable and non-negotiable instruments.**

    *None*

15. **Accounts receivable.**

    *None*

16. **Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.**

    *None*

17. **Other liquidated debts owing debtor including tax refunds.**

    *None*

18. **Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.**

    *None*

19. **Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.**

    *None*

20. **Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.**

    *None*

21. **Patents, copyrights, and other intellectual property.**

    *None*

22. **Licenses, franchises, and other general intangibles.**

    *None*

23. **Automobiles, trucks, trailers, and other vehicles or accessories.**

    *1990 Toyota P.U.*
    **Owner:** *Community*
    **Location:** *In debtor possession.*

    **Debtor interest:**    *1,500.00*

In re: *Navarreta, Ronald James*                                                                    Case No. (if known)

*Navarreta, Celia*

Debtors

|  |  |  |
|---|---|---|
| *1999 Mercury Grand Marquis*<br>Owner: *Community*<br>Location: *In debtor possession.*<br>Secured creditor: *Ford Motor Credit Co.*<br>Amount of claim: *4,500.00* | **Debtor interest:** | *2,000.00* |

**24. Boats, motors, and accessories.**
*None*

**25. Aircraft and accessories.**
*None*

**26. Office equipment, furnishings, and supplies.**
*None*

**27. Machinery, fixtures, equipment, and supplies used in business.**
*None*

**28. Inventory.**
*None*

**29. Animals.**
*None*

**30. Crops - growing or harvested.**
*None*

**31. Farming equipment and implements.**
*None*

**32. Farm supplies, chemicals, and feed.**
*None*

**33. Other personal property of any kind not already listed.**
*None*

**Total:** *8,000.00*