In re: *Navarreta, Ronald James*

*Navarreta, Celia*

Debtors

Case No. (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor interest. State whether lease is for non-residential real property. State contract number of any government contract. |
|---|---|

*None*