In re: *Navarreta, Ronald James*

*Navarreta, Celia*

Debtors

Case No. (if known) _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married and living together* | *No dependents* | |
| **EMPLOYMENT:** | DEBTOR | SPOUSE |
| Occupation | *Loan consultant* | *Receptionist* |
| Name of Employer | *Maxi Banc* | *St. Joseph Home Health Agency* |
| How long employed | *6 months* | *2 years* |
| Address of Employer | *Orange, CA* | *Orange, CA* |

| | HUSBAND | WIFE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | 667.00 | 2,600.00 |
| Estimated monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | 667.00 | 2,600.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | 167.00 | 650.00 |
| b.  Insurance | 0.00 | 0.00 |
| c.  Union dues | 0.00 | 0.00 |
| d.  Other (specify) | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 167.00 | 650.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 500.00 | 1,950.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (specify) | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (specify) | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | 500.00 | 1,950.00 |

TOTAL COMBINED MONTHLY INCOME  *2,450.00*     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

NONE ANTICIPATED